IN THE UNITED STATES BANKUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:  In Proceedings Under Chapter 13

Jerald W Corrie

Bk. No.: 19-31057

Debtor(s)

### REPORT OF PLAN COMPLETION, REQUEST FOR TERMINATION OF WAGE ORDER AND NOTICE CONCERNING DISCHARGE

Russell C Simon, Chapter 13 Trustee, reports to this Court the following:

1. The Debtors have completed their payments to the Trustee under the terms of the Chapter 13 Plan.

2. Any Order directed to an employer, the Debtors, or other payor of income, to make plan payments to the Trustee should be terminated.

3. Pursuant to the Chapter 13 Manual, Part One, Section 15, the Court will not grant Debtors a discharge until such time as they have filed a Motion for Entry of Discharge and Notice to all creditors and parties in interest, using the form set forth on the Court's website. Failure to file said Motion and Notice within twenty-one (21) days of the filing of the instant Report will result in the Clerk of the Court closing this case without the entry of an Order of Discharge.

Dated: Thursday, November 21, 2024

/s/ Russell C Simon
Russell C Simon, Trustee
Chapter 13 Trustee
19 Bronze Pointe Ste. A
Swansea, IL 62226
Telephone: (618) 277-0086
Telecopier: (618) 641-2115

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS DIVISION

| IN RE: | CASE NO: 19-31057 |
|---|---|
| JERALD W CORRIE | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/21/2024, I did cause a copy of the following documents, described below,

Report of Plan Completion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2024

/s/ RUSSELL C. SIMON
RUSSELL C. SIMON

Chapter 13 Trustee Office
19 Bronze Pointe Ste. A
Swansea, IL  62226
618 277 0086
mail@simonch13trustee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 19-31057 |
| JERALD W CORRIE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/21/2024, a copy of the following documents, described below,

Report of Plan Completion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
RUSSELL C. SIMON
Chapter 13 Trustee Office
19 Bronze Pointe Ste. A
Swansea, IL  62226

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| DEBTOR | CM/ECF E-SERVICE |
|---|---|
| JERALD W CORRIE<br>2009 PONTOON RD<br>GRANITE CITY, IL 62040-2342 | .J D GRAHAM+<br>1 EAGLE CENTER STE 3A<br>OFALLON, IL 62269 |